Kristen J. Nesbit (SBN 242426)
E-Mail: knesbit@fisherphillips.com
LaLonnie V. Gray (SBN 336999)
E-Mail: lgray@fisherphillips.com
**FISHER & PHILLIPS LLP**
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213)330-4500
Facsimile: (213)330-4501
Attorneys for Defendant United Airlines, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TIERRA CURD, an individual,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED AIRLINES, INC., a Delaware corporation; JO HARRIS, an individual; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.:   CV 22-3253-GW-JCx<br><br>*[Removed from Los Angeles Superior Court; Case No: 22STCV12034]*<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>*[Filed Concurrently with Joint Stipulation]*<br><br>Complaint Filed:  April 8, 2022<br>Removal Date:     May 12, 2022<br>Trial Date:             May 9, 2023 |

     The Parties' Joint Stipulation requesting dismissal of this entire action with prejudice is hereby **GRANTED**. The case is hereby dismissed in its entirety and with prejudice as to Plaintiff's claims against Defendant, with each party bearing their own attorney's fees and costs.

     It is **SO ORDERED**.

DATED: May 18, 2023

By: *[signature]*
Hon. George H. Wu
United States District Judge

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

FP 47019227.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 18, 2023 I served the foregoing document entitled **[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Samvel Setyan (SBN 325831)<br>**SETYAN LAW, APC**<br>750 E. Green Street, Suite 310<br>Pasadena, California 91101 | *Attorney for Plaintiff, Tierra Curd*<br><br>Tel:  (213) 618-3655<br>Fax:  (213) 460-1429<br>E-Mail:  s.setyan@setyanlaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or **an agreement of the parties to accept service by electronic transmission**, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed May 18, 2023 at Los Angeles, California.

Rocio Gonzalez                                    By: */s/ Rocio Gonzalez*
Print Name                                                              Signature